UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

STUART FINKELSTEIN,

*Defendant.*

**Order of Continuance**

**19 Mag. 10645**

Upon the application of the United States of America and the affirmation of Rushmi Bhaskaran, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of Title 18, United States Code, Sections 1341, 1028A, 1512, and 1623 (mail fraud, aggravated identity theft, obstruction of justice, and false declarations before a court) in a complaint dated November 12, 2019, and was arrested in the Southern District of Florida on November 19, 2019;

It is further found that the defendant was presented before Magistrate Judge Patrick M. Hunt on November 19, 2019, and was ordered released on a personal recognizance bond, in addition to other bail conditions;

It is further found that the defendant was presented before Magistrate Judge Barbara Moses on December 3, 2019, and was ordered release on a $150,000 personal recognizance bond, in addition to other bail conditions;

It is further found that Brian Griffin, Esq., counsel for defendant, and Assistant United States Attorney Rushmi Bhaskaran have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through

counsel, has consented that such a continuance may be granted for that purpose and has specifically waived her right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until February 3, 2020, and that a copy of this Order and the affirmation of Assistant United States Attorney Rushmi Bhaskaran be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
      1/2/2020, ~~2019~~

_____
UNITED STATES MAGISTRATE JUDGE