

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2020

**BY EMAIL**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Stuart Finkelstein*, 19 Mag. 10645, 20 Cr.__ (PGG)

Dear Judge Gardephe:

    The Government writes in response to the Court's Order of March 2, 2020 scheduling a *Curcio* proceeding on March 11, 2020, and directing the parties to submit briefing in advance of that proceeding by March 6, 2020.

    The undersigned counsel is the sole Assistant United States Attorney assigned to this matter and has trial scheduled to begin before Judge Engelmayer on March 9, 2020. The Government's case before Judge Engelmayer is expected to last until March 17 or 18. In light of the undersigned's upcoming trial obligations, and with the consent of defense counsel, the Government respectfully requests the Court to adjourn the briefing deadline to March 27, 2020, and for the hearing to be scheduled at the Court's convenience during the week of March 30, 2020.[1]

**MEMO ENDORSED**

The Application is granted. *The hearing is adjourned to April 3, 2020 at 12:00 noon.*

SO ORDERED:
_____
Paul G. Gardephe, U.S.D.J.
Dated: *March 3, 2020*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Rushmi Bhaskaran
Assistant United States Attorney
(212) 637-2439

cc:    Brian Griffin, Esq. (by e-mail)

---

[1] Mr. Griffin has indicated that he is available during the week of March 30, 2020 except for the morning of April 2, 2020.