

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 22, 2020

> The hearing is adjourned to May 5, 2020 at 10:00 a.m.
>
> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
> *Paul G. Gardephe*
> Paul G. Gardephe, U.S.D.J.
>
> Dated: March 23, 2020

**BY EMAIL**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Stuart Finkelstein*, 19 Mag. 10645, 20 Cr.__ (PGG)

Dear Judge Gardephe:

    The parties write to respectfully request a 30-day adjournment of the April 3, 2020 *Curcio* proceeding, as well as the March 27, 2020 deadline to submit briefing for that proceeding. The parties request this adjournment in light of the pending public health emergency in New York City, as well as the fact that the defendant would need to travel from Florida to New York in order to attend the upcoming proceeding.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

by: _____
                            Rushmi Bhaskaran
                            Assistant United States Attorney
                            (212) 637-2439

cc:    Brian Griffin, Esq. (by e-mail)