UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| STUART FINKELSTEIN, | 19 Mag. 10645 |
| Defendant. | 20 Cr. __ (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Curcio hearing in this matter currently scheduled for May 5, 2020 is adjourned to **June 16, 2020 at 10:00 a.m.**

Dated: New York, New York
April 23, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge