UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

STUART FINKELSTEIN,

Defendant.

**ORDER**

19 Mag. 10645
20 Cr. __ (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the Curcio hearing in this matter currently scheduled for June 16, 2020 is adjourned to **August 12, 2020 at 11:00 a.m.**

Dated: New York, New York
       June 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge