UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>STUART FINKELSTEIN,<br><br>               Defendant. | **ORDER**<br><br>19 Mag. 10645<br>20 Cr. __ (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the Curcio hearing in this matter currently scheduled for November 10, 2020 is adjourned to **January 11, 2021 at 11:00 a.m.**

Dated: New York, New York
       November 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge