# FOLEY GRIFFIN, LLP
*ATTORNEYS AT LAW*

THOMAS J. FOLEY
BRIAN J. GRIFFIN
DANIEL W. RUSSO
--------------------------------
KELLY GUTHY
CHRIS MCDONOUGH, SPECIAL COUNSEL

666 OLD COUNTRY ROAD, STE. 305
GARDEN CITY, NEW YORK 11530
(516) 741-1110
FAC. (516) 741-9171
--------------

SUFFOLK COUNTY OFFICE
33 MAIN STREET
SOUTHAMPTON, NEW YORK 11968
(631) 506-8170

December 22, 2020

Honorable Paul Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    **RE:**   **United States of America v. Stuart Finkelstein**
           **Docket: 19 Mag. 10645**

Dear Judge Gardephe,

    Please be advised that this office represents Stuart Finkelstein in the above referenced matter. Please be further advised that the above noted case is scheduled for a Curcio hearing on January 11, 2021 at 11:00am.

    As this matter must be conducted in person, please allow this letter to serve as our formal request to adjourn the matter for 60 days. We have spoken with Assistant United States Attorney, Rushmi Bhaskaran, who consents to this request. Furthermore, the defendant hereby waives his speedy trial rights until said date.

    If the Court requires any further information, please do not hesitate to contact the undersigned directly.

                                Very truly yours,

                  &nbsn;             *Brian J. Griffin, Esq.*

                              Foley Griffin, LLP.

                              By: <u>Brian J. Griffin, Esq.</u>