UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>STUART FINKELSTEIN,<br><br>Defendant. | **ORDER**<br><br>19 Mag. 10645<br>20 Cr. __ (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Curcio hearing in this matter currently scheduled for January 11, 2021 is adjourned to **March 11, 2021 at 11:00 a.m.**

Dated: New York, New York
January 8, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge